```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Seth Tucker

    v.

                                Case No. 19-cv-1055-JL

Credit Bureau of Carbon County

JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated May 13, 2020, and the Stipulation of Dismissal filed by the parties dated October 14, 2020.

                                            By the Court:

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            Clerk of Court

Date: October 16, 2020

cc:   James J. Parr, Esq.
       Michael S. Agruss, Esq.
       Rosanna T. Fox, Esq.
       Tara E. Lynch, Esq.